432 A.2d 259

Commonwealth v. Mitchell, Appellant.

Argued June 10, 1980. Janet Mason, Assistant Public Defender, for appellant; Joseph Carroll, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Judgment of sentence affirmed.